UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDY CUEVAS,

                                                Civil Action No.: 6:24-cv-1828

vs.                                              INJUNCTIVE RELIEF SOUGHT

EQUIFAX INFORMATION SERVICES LLC,

Defendant(s).

_____ /

**PLAINTIFF'S NOTICE OF SETTLEMENT**

      Plaintiff, ABDY CUEVAS, by and through the undersigned counsel, hereby notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsels for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and provide the parties 60 days to finalize the settlement and dismissal documents.

      Plaintiff is filing this Notice with Defendant's approval and permission.

                                                                            Respectfully Submitted
                                                                            December 11, 2024,

                                                                            By: /s/ Jonathan Arias
                                                                            Jonathan Arias, Esq.
                                                                            Florida Bar No. 126137
                                                                            *Attorney for the Plaintiff*
                                                                            THE ONYX GROUP
                                                                            8325 N.E. 2nd Ave
                                                                            Suite 315
                                                                             Miami, FL 33138
                                                                            Phone: (786)504-5760
                                                                            Fax: (305)602-5988

Email: jarias@theonyx.group

## CERTIFICATE OF CONFERRAL

I hereby certify that Plaintiff conferred with Defendant's Counsel via electronic mail on December 11, 2024 and Defendant agrees to the forgoing document

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: /s/ Jonathan Arias
Jonathan Arias, Esq.
Florida Bar No. 126137
*Attorney for the Plaintiff*
THE ONYX GROUP
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138